No. 99–5.  UNITED STATES *v.* MORRISON ET AL.; and

No. 99–29.  BRZONKALA *v.* MORRISON ET AL.  C. A. 4th Cir. [Certiorari granted, 527 U. S. 1068.]  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 99–5746.  WEEKS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir. [Certiorari granted, 527 U. S. 1060.]  Motion for appointment of counsel granted, and it is ordered that Timothy M. Richardson, Esq., of Virginia Beach, Va., be appointed to serve as counsel for petitioner in this case.